83,034-01,02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

This is Kwamaine Jones
and im writing in regards to my Habeaus
Corpus 11,07. I was Not here during the
time of the crime I was in Los angeles, CA
and ~~Nor~~ I also never told them to shoot
anyone. My county was under federal
investigation for the crooked things that
they have been ~~doin~~ doing. My lawyer
told me that the D.A didn't like me
or my family and that they would
make Sure Something happened to me
If I were to get out. They also
Said they were going to lock up my
witnesses if they testified for me. ~~Key~~
It was more personel then anything.
They even wanted my lawyer to get off
the case. It's been ~~Som~~ So much chaos dealing
with Smith County. It Just isn't right.
I would have Never Signed If I ~~Were~~
Were giving a fair chance. If you look
closely The Judge Ask 'am I Sure I want
to Sign and She Saw that I really didn't
Want to she even Said ya don't look to
Sure. Please help me to get Back to
the County or at least drop my ~~aggravat~~ agg

Charge, Because I would never shoot anyBody and never shoot anyone ever in my life The people Who they said were ~~involved~~ involved were crips shooting at cRips, They taged me as a piru member how could I tell some Hoover crip member to do anything. I'm Not a gang member ~~I~~ I Just hung around the wrong crowd that's all. I'm a changed man, ~~Aman~~ a man of God and I would take a lie detector test for everything I'v said. Thank you for your time please help me get back home its killing my mother, (Literally).
                    God Bless

# Certificate of Baptism



"And it came to pass in those days that Jesus came from Nazareth of Galilee, and was baptized of John in Jordan" (Mark 1:9)

"Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost" (Matthew 28:19)

*This certifies*

that Kwamaine Jones

*In obedience to our Lord Jesus Christ, was "buried with Him in baptism"*

*On the* 5th *day of* April *in the year of our Lord* 2015

*Date of birth* 6-6-90 *by* Clyd E Young

Jesus Loves You          Church of Christ